United States District Court

For the Northern District of California

1
2
3                          UNITED STATES DISTRICT COURT
4                          NORTHERN DISTRICT OF CALIFORNIA
5
6
7    CHUKWUMA E. AZUBUKO,
8              Plaintiff,                          No. C 12-3247 PJH
9         v.                                       **ORDER**
10   EASTERN BANK,
11             Defendant.
     _____/
12
13         Plaintiff Chukwuma E. Azubuko seeks an order "to nullify" the demand from the court
14   that he pay the $350 filing fee.  The motion is DENIED.  The court denied plaintiff's request
15   to proceed in forma pauperis, based on the sheer frivolousness of the complaint filed in this
16   action.  If plaintiff wishes to file frivolous complaints in this court, he is free to do so, but
17   must pay the filing fee.
18         In a separate motion, plaintiff seeks an order convening a three-judge panel
19   pursuant to 28 U.S.C. § 2284.  Under § 2284, "[a] district court of three judges shall be
20   convened when otherwise required by Act of Congress, or when an action is filed
21   challenging the constitutionality of the apportionment of congressional districts or the
22   apportionment of any statewide body."  28 U.S.C. § 2284(a).  Plaintiff has not established
23   that any Act of Congress requires this court to convene a three-judge panel, and has not
24   filed an action challenging the apportionment of congressional districts or of any statewide
25   body.  Accordingly the motion is DENIED.
26         Plaintiff also appears to be seeking reconsideration of the court's August 15, 2012
27   order dismissing the complaint as frivolous pursuant to 28 U.S.C. § 1915, and an order
28   setting aside the judgment also issued on August 15, 2012; as well as reconsideration of

**United States District Court**
For the Northern District of California

1 | the court's August 27, 2012 order denying plaintiff's motion pursuant to Federal Rule of

2 | Civil Procedure 60(b) for relief from judgment.  He also contends that the court should

3 | dismiss a $500 sanction that he claims was unlawfully imposed on him.

4 |      The motion is DENIED.  The source of plaintiff's complaint regarding the alleged

5 | sanction is unclear.  The court imposed no such sanction.  Perhaps plaintiff has confused

6 | this case with one of the numerous other cases he has filed in courts across the land, in

7 | which some judges have sanctioned him for continuing vexatious conduct.  In any event,

8 | the case is closed, judgment has been entered, and the court has denied plaintiff's motion

9 | for reconsideration.  Nothing more remains for this court to do, and the court will not

10 | entertain any further motions in this case.  If plaintiff believes he is entitled to other relief,

11 | he must address his argument to the Ninth Circuit Court of Appeal.

12 |

13 | **IT IS SO ORDERED.**

14 | Dated:  September 14, 2012

15 | _____
   | PHYLLIS J. HAMILTON

16 | United States District Judge

2